UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CHAPTER 13 PLAN

Debtor(s) William M. Stewart and Mary E. Stewart    Case No.: 9:10-bk-21254-DHA
First Amended Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.      $560.00 for months 1 to 60; in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $3,000.00   TOTAL PAID $3,000.00**

**Balance Due $0.00**        Payable Through Plan $0.00 Monthly

**3. PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| **Name of Creditor** | **Total Claim** |
|---|---|
| NONE | |

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

　　　**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| **Name of Creditor** | **Collateral** | **Adequate Protection Payment in Plan** |
|---|---|---|
| NONE | | |

　　　**(A) Claims Secured by Real Property Which Debtor Intends to Retain /** *Mortgage Payments Paid* ***Through the Plan***: Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and

{90840185 /}                      Chapter 13 Plan
                           Page 1 of 4

continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| NONE | | | |

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / *Arrearages Paid Through the Plan*:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|
| NONE | | | |

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest Rate ____% |
|---|---|---|---|---|
| NONE | | | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Value Int. Rate ____ |
|---|---|---|---|
| NONE | | | |

**(E) Claims secured by *Personal Property*: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Arrearages |
|---|---|---|---|
| NONE | | | |

**(F) Secured Claims/Lease Claims Paid *Direct by the Debtor*:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this

Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| The Huntington Nat. Bank | 2008 Kia |
| HSBC (Best Buy) | Misc. electronics |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Chase | 7825 Timbers Edge, Waterville, OH 43566 |
| Huntington Nat. Bank | 7825 Timbers Edge, Waterville, OH 43566 |

### SECURED – LIENS TO BE AVOIDED/STRIPPED:

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| NONE | | |

### LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject and Surrender | Estimated Arrears |
|---|---|---|---|
| Daniel G. Jaremko and William Brown- 2021 Embers Parkway, Cape Coral, FL 33993 | | Assume | Arrears: None |
| The Village at Fallen Timbers- HOA for 7825 Timbers Edge, Waterville, OH 43566 | | Reject | Arrears: None |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is pro-rata.

### OTHER PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or

dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

_____  Dated: 2-9-11
Debtor

_____  Dated: 2/9/2011
Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the First Amended Chapter 13 Plan has been served electronically or by regular U.S. mail to the Debtors, William M. Stewart and Mary E. Stewart, 2021 Embers Parkway, Cape Coral, FL 33993; United States Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL 33602; and Chapter 13 Trustee, Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206; and to all creditors on the mailing matrix this 9th day of February, 2011.

MARTIN LAW FIRM, P.L.,

By /s/ Eviana J. Martin
   Eviana J. Martin
   Florida Bar Number 36198

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
eviana.martin@mlg-legal.com

*Attorney for Debtors*

```
Label Matrix for local noticing          HSBC Bank Nevada, N.A.                  Recovery Management Systems Corp For GE Mone
113A-9                                   Bass & Associates, P.C.                 25 SE 2nd Avenue, Suite 1120
Case 9:10-bk-21254-DHA                   c/o Patti H Bass                        Miami, FL 33131-1605
Middle District of Florida               3936 E. Ft. Lowell Road, Suite #200
Ft. Myers                                Tucson, AZ 85712-1083
Wed Feb  9 15:23:49 EST 2011

Sam M. Gibbons United States Courthouse  5/3 Bank Cc                             American Express
801 N. Florida Ave. Suite 555            5050 Kingsley Dr                        PO Box 360002
Tampa, FL 33602-3899                     Cincinatti, OH 45227-1115               Fort Lauderdale, FL 33336-0002


American Express                         American Express                        American Express Centurion Bank
PO Box 36002                             c/o Becket and Lee LLP                  c o Becket and Lee LLP
Fort Lauderdale, FL 33336-0001           Po Box 3001                             POB 3001
                                         Malvern, PA 19355-0701                  Malvern, PA 19355-0701


Bank of America NA                       Bank of America NA                      Bank of America NA
c/o Cynthia G. Tesznar                   c/o Cynthia G. Tesznar                  c/o Washington Mutual Bank
Barkan and Robon                         Manley Deas Kochalski LLC               7255 Baymeadows Way
1701 Woodlands Dr                        PO Box 165028                           Mail Stop, JAXB2007
Maumee, OH 43537-4040                    Columbus, OH 43216-5028                 Jacksonville, FL 32256-6851


(p)CHASE CARD SERVICES                   Citifinancial                           Daniel G. Jaremko and
201 NORTH WALNUT STREET                  300 Saint Paul Pl                       William Brown
ATTN MARK PASCALE                        Baltimore, MD 21202-2120                47 Markland Drive
MAIL STOP DE1-1406                                                               London, ON N6C 5J9
WILMINGTON DE 19801-2920


Department of Revenue                    Fifth Third Bank                        (p)FIFTH THIRD BANK
PO Box 6668                              C/O Bankruptcy Dept, Mdropso5           MD# ROPS05 BANKRUPTCY DEPT
Tallahassee FL 32314-6668                1850 East Paris                         1850 EAST PARIS SE
                                         Grand Rapids, MI 49546-6210             GRAND RAPIDS MI 49546-6253


Fifth Third Bank                         Fifth Third Bank                        Fifth Third Bank
PO BOX 829009                            PO Box 740789                           c/o Thomas Rush
Dallas, TX 75382-9009                    Cincinnati, OH 45274-0789               512 Fonner Run Rd.
                                                                                 Prosperity, PA 15329-1544


HSBC Bank Nevada, N.A.                   Hsbc Best Buy                           Huntington Nat. Bank
Bass & Associates, P.C.                  Attn: Bankruptcy                        PO Box 182519
3936 E. Ft. Lowell Road, Suite #200      Po Box 5263                             Columbus, OH 43218-2519
Tucson, AZ 85712-1083                    Carol Stream, IL 60197-5263


Huntington National Bank                 Huntington Natl Bk                      (p)INTERNAL REVENUE SERVICE
P O Box 89424                            Attention:  Bankruptcy                  CENTRALIZED INSOLVENCY OPERATIONS
Cleveland, OH 44101-6424                 2361 Morse Road                         PO BOX 7346
                                         Columbus, OH 43229-5856                 PHILADELPHIA PA 19101-7346


Kohls                                    Michael W. Stewart                      Monroe County Comm Cr
Attn: Recovery Dept                      c/o Thomas Rush                         Po Box 1307
Po Box 3120                              512 Fonner Run Road                     Monroe, MI 48161-6307
Milwaukee, WI 53201-3120                 Prosperity, PA 15329-1544
```

| | | |
|---|---|---|
| Monroe County Community<br>PO Box 41769<br>Philadelphia, PA 19101-1769 | Monroe County Credit Union<br>c/o Butler, Butler &<br>Rowse-Oberle PLLC<br>24525 Harper Ave. Ste. 2<br>St. Clair Shores, MI 48080-1286 | Office of US Attorney<br>Attn Civil Process Clerk1<br>400 North Tampa St Suite 3200<br>Tampa, FL 33602-4774 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rnb-fields3<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Target<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| The Huntington Nal. Bank<br>PO Box 2059<br>Columbus, OH 43216-2059 | The Huntington Nat. Bank<br>c/o Weltman, Weinberg &Reis<br>525 Vine Street, Ste. 800<br>Cincinnati, OH 45202-3122 | The Village at Fallen Timber<br>Condominium Association<br>7701 Timbers Edge<br>Waterville, OH 43566-9411 |
| The Village of Fallen<br>Timbers Fairways Condo Assoc<br>c/o Richard H. Carr<br>5744 Southwyck Blvd. Ste 201<br>Toledo, OH 43614-1511 | Village of Fallen Timber<br>Condo Association<br>7701 Timbers Edge<br>Waterville, OH 43566-9411 | Eviana J. Martin<br>Martin Law Firm PL<br>3701 Del Prado Blvd.<br>Cape Coral, FL 33904-7142 |
| Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Mary Ellen Stewart<br>2021 Embers Parkway<br>Cape Coral, FL 33993-7646 | William Markley Stewart<br>2021 Embers Parkway<br>Cape Coral, FL 33993-7646 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Po Box 1093<br>Northridge, CA 91328 | Fifth Third Bank<br>MD 1MOC2G-4050<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Monroe County Credit Union | (d)Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                  46 |